# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIANNE MICHELLE ALLEN,
                    Appellant,
          vs.
DION ANTHONY JOHNSON,
                    Respondent.

No. 76921

**FILED**

SEP 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant appeals from a district court order altering the custody of minor children. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Notice of entry of the district court's February 7, 2018, order was served on appellant via United States mail on February 8, 2018. As a result, appellant was required to filer her notice of appeal no later than March 15, 2018. *See* NRAP 4(a)(1); NRAP 26(a), (c). Appellant filed her notice of appeal on September 5, 2018, well after her time for doing so expired. Because appellant's notice of appeal was untimely filed, we lack jurisdiction to consider her appeal. *See Healy v. Volkswagenwerk Aktiengescellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987) (noting that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ J.
Parraguirre

_____ , J.
Stiglich

18-37069

cc:    Hon. Denise L. Gentile, District Judge, Family Court Division
Adrianne Michelle Allen
Prokopius & Beasley
Eighth District Court Clerk